UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

IN RE:
TOMMIE L. PRICE
NANCY L. PRICE                                   CASE NO.: 21-10614
DEBTORS.                                         CHAPTER 13

MOTION TO DETERMINE POST-PETITION
MORTGAGE FEES, EXPENSES AND CHARGES

COME NOW, the Debtors, by and through counsel, and object to the Postpetition Mortgage Fees, Expenses and Charges filed by Aldridge Pite, LLP on September 27, 2021 in the total amount of $500.00. Debtors challenge whether the fees, expenses and charges are required to be paid pursuant to 11 USC s 1322 (b)(5) and bankruptcy rule 3002.1.

WHEREFORE, the Debtors pray that this Honorable Court will reject the Postpetition Mortgage Fees, Expenses and Charges filed by Aldridge Pite, LLP.

Respectfully submitted:

/s/ Barbara A. Deere
Barbara A. Deere, B.P.R. #017330
Attorney for Debtors
PO Box 529
Dyersburg, TN 38025-0529
(731) 285-7889

CERTIFICATE OF SERVICE

I certify that I have served a true and exact copy of this Motion either electronically or by US Mail to Debtors; Debtors' Attorney; Chapter 13 Trustee; and Aldridge Pite, LLP, 651 East 4th St., Suite 200, Chattanooga, TN 37403 on this 4th day of October, 2021.

/s/ Barbara A. Deere
Barbara A. Deere