UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

IN RE:
TOMMIE L. PRICE
NANCY L. PRICE         CASE NO.: 21-10614
DEBTORS.           CHAPTER 13

OBJECTION TO CLAIM OF U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF AMERICAN HOMEOWNER PRESERVATION TRUST SERIES AHP SERVICING

  COME NOW, the Debtors, by and through counsel, and object to AHP Servicing's claim #11 in the amount of $44,778.15 in this case. For cause, Debtors would show that in the Debtors' previous bankruptcy case, 18-12138, AHP Servicing was receiving mortgage payments for the property located at 177 Sherrill Harrison Rd., Newbern, TN 38059.  And per US Title Search, the title has been released.

  WHEREFORE, Debtors request that the Creditor's Proof Of Claim be disallowed.

            Respectfully submitted:

            /s/ Barbara A. Deere
            Barbara A. Deere, B.P.R. #017330
            Attorney for Debtors
            PO Box 529
            Dyersburg, TN 38025-0529
            (731) 285-7889

CERTIFICATE OF SERVICE

  I certify that I have served a true and exact copy of this Objection either electronically or by US Mail, postage prepaid to Debtors; Debtors' Attorney; Chapter 13 Trustee; AHP Servicing, LLC, 440 S. LaSalle St., Suite 1110, Chicago, IL 60605 this the 15th day of October, 2021.

            /s/ Barbara A. Deere
            Barbara A. Deere