**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TENNESSEE (Jackson)**

| | |
|---|---|
| RE:  Tommie L. Price<br>     Nancy L. Price | CASE NO.: 21-10614 |
| DEBTORS. | CHAPTER 13 |

## NOTICE OF APPEARANCE

Comes now ROBERT J, WERMUTH, an attorney authorized to practice in this Court, and files his notice of appearance on behalf of U.S. Bank Trust National Association as Trustee of American Homeowner Preservation Trust Series AHP Servicing, pursuant to Rule 9010 (b), Federal Rules of Bankruptcy Procedure. Please direct all future notices to which U.S. Bank Trust National Association as Trustee of American Homeowner Preservation Trust Series AHP Servicing is entitled to the address below.

Dated this 19th day of October, 2021.

| | |
|---|---|
| OF COUNSEL:<br>STEPHENS MILLIRONS, P.C.<br>120 Seven Cedars Drive<br>Post Office Box 307<br>Huntsville, Alabama 35804<br>(256) 382-5500 | BY:  /s/ Robert J. Wermuth<br>     ROBERT J. WERMUTH<br>     TN Bar No. 038294<br>     Attorney for Creditor |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the attorney of record for Debtors, Barbara A. Deere, barbara@deerelawfirm.com, the Trustee of record, Timothy H. Ivy, ecf@ch13sfb.com, and the U.S. Trustee of record, ecf_summ@ch13jax.com, electronically through the Court's electronic filing system.

        /s/ Robert J. Wermuth
        ROBERT J. WERMUTH